UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALEXANDER WILLIAMS, JR.,

                                Plaintiff,

                 -against-                                    20 **CIVIL** 516 (MKV)

                                                              **JUDGMENT**

THE CITY OF NEW YORK; ADW ELYN
RIVERA, Shield No. 576; CAPTAIN JOHN
HERNANDEZ, Shield No. 1806; DR. DEBRA
MAYERS; IRA GORNISH; TERESA
CUADRA; HESTER MOULTON; BESSIE
FLORES-CLEMENTE; JUSTIN WILSON;
LAURA HUNT; CAROLYN DICKIE;
CORRECTIONAL HEALTH SERVICES,

                                Defendants.
-------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated September 20, 2021, Defendant has demonstrated that Plaintiff

fails to state a claim upon which relief can be granted. Accordingly, Defendants' Motion to

Dismiss is GRANTED.

**Dated:**  New York, New York

          September 20, 2021


                                                   **RUBY J. KRAJICK**
                                                   _____
                                                      **Clerk of Court**
                                       **BY:**
                                                   _____
                                                      **Deputy Clerk**